Copy Mailed to Pro Se Plaintiff of Record

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

November 22, 2019

## CANCELLATION NOTICE

The status conference scheduled for Tuesday, December 10, 2019, at 12:00 PM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of McCallum v. LaManna, 19-cv-2388 (DJ)(LMS), has been *cancelled*.

SO ORDERED: _/s/ Lisa Margaret Smith_
Hon. Lisa Margaret Smith
U.S.M.J.