**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TYRON McCALLUM,

                              Petitioner,                              19 **CIVIL** 2388 (NSR)(VR)

          -against-                                          **JUDGMENT**

SUPERINTENDENT LaMANNA,

                              Defendant.
-----------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 10, 2025, the Court finds no clear error

on the face of the record. The Court has adopted MJ Reznik's R & R in its entirety. The petition

is deemed DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
          September 11, 2025


                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**


                    **BY:**          K. mango
                              _____
                                        **Deputy Clerk**